No. 00–5589.  MORRIS v. TENNESSEE.  Ct. App. Tenn.  Certiorari denied.

No. 00–5590.  TERIO v. GOBER, ACTING SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 00–5592.  LEWIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–5594.  DEAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5595.  CHAE WAN CHON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–5596.  CIROTTO v. OHIO STATE UNEMPLOYMENT COMPENSATION BOARD ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 00–5600.  LEGASPI v. FIRST AMERICA BANK OF ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 00–5603.  RICHARDSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–5604.  SCOTT v. JOHNSON, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–5605.  MATTHEWS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5606.  SULLIVAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5610.  REGUEIRA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5614.  CANNON v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 00–5616.  TAPPIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–5617.  BOYD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.